UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04cv79-V

| | |
|---|---|
| AGNES C. MOSLEY,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    **O R D E R**<br>)<br>) |
| HANES COMPANIES, INC.,<br>    Defendant. | )<br>)<br>) |

**THIS MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 7 November 2005 term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from 7 November 2005 to the 6 March 2006 term in the Statesville Division.

**THIS** the 5th day of October 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE